671 A.2d 585

IN THE MATTER OF JOHN A. KLAMO, AN ATTORNEY AT LAW.

March 6, 1996.

## ORDER

The Disciplinary Review Board having on January 11, 1996, filed with the Court its decision concluding that **JOHN A. KLAMO** of **CHERRY HILL**, who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.1(a)

(gross neglect), *RPC* 1.15(a) (commingling of earned fees with trust account funds and negligent misappropriation), *RPC* 1.15(d) (failure to maintain records required by *Rule* 1:21–6) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **JOHN A. KLAMO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.